■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX HAMILTON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered January 29, 1974, convicting him of robbery in the first degree and assault in the second degree, after a nonjury trial, and sentencing him to concurrent terms of imprisonment, each with a maximum of five years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence on each conviction to a period of probation. As so modified, judgment affirmed and case remitted to the Criminal Term to fix the period and conditions of probation. In our opinion, defendant should have been sentenced to a period of probation on each conviction. Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN HARRISON, Appellant.—Judgment of the Supreme Court, Richmond County, rendered March 27, 1973, affirmed (cf. *People v Crimmins,* 36 NY2d 230). Cohalan, Acting P. J., Christ, Brennan, Munder and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GUY HINTON, Respondent.—In a special proceeding to vacate a warrant of the Governor of the State of New York and to release defendant from any further judicial or administrative action in this State based upon a California complaint, the People appeal from an order of the Supreme Court, Suffolk County, entered April 2, 1973, which granted the application. Order reversed, on the law, without costs, and application denied. The affidavits submitted with the California complaint contain sufficient information to satisfy the requirements of CPL 570.08, 570.16 *(People ex rel. Cosel v McMahon,* 45 AD2d 769; *Matter of Kjeldsen,* 39 Misc 2d 128). Hopkins, Acting P. J., Latham, Brennan and Shapiro, JJ., concur.